■ ELEANOR RAND, Appellant, v ELIAS RAND et al., Respondents.—Appeal by the plaintiff from an order of the Supreme Court, Nassau County (Diamond, J.), dated December 18, 1987.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Diamond at the Supreme Court *(Rand v Rand,* 138 Misc 2d 226). Lawrence, J. P., Harwood, Balletta and Rosenblatt, JJ., concur.